IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **2:06CR168-WKW** |
| ) | [18 USC 922(g)(1)] |
| QUINTIN LEMUEL ROLLINS, and ) | |
| WALTER ARMADRASHAD YATES, ) | |
| a/k/a DOMINIC JERMAINE HENDERSON ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 6, 2005, in Montgomery County, within the Middle District of Alabama,

QUINTIN LEMUEL ROLLINS,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, all felonies punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| December 11, 2000 | Circuit Court of Montgomery County, AL | CC-00-602 | Conspiracy/Robbery First Degree |
| December 11, 2000 | Circuit Court of Montgomery County, AL | CC-00-603 | Robbery First Degree |
| June 27, 2000 | Circuit Court of Montgomery County, AL | CC-00-685 | Possession of Controlled Substance |
| January 5, 2005 | Circuit Court of Montgomery County, AL | CC-04-221 | Sodomy First Degree |

did knowingly possess in and affecting commerce a firearm, to-wit: a Baretta CX4, 9mm rifle, serial

1

number CX07765, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about November 6, 2005, in Montgomery County, within the Middle District of Alabama,

**WALTER ARMADRASHAD YATES,**
**a/k/a DOMINIC JERMAINE HENDERSON,**

defendant herein, having been convicted on or about the date set forth below of the offense set forth below, a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| November 17, 2003 | Circuit Court of Montgomery County, AL | CC-03-640 | Possession/Receipt of a Controlled Substance |

did knowingly possess in and affecting commerce a firearm, to-wit: a Tec-Dc9, 9mm pistol, serial number D023016, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 and 2 of this indictment, the defendants,

**QUINTIN LEMUEL ROLLINS, and**
**WALTER ARMADRASHAD YATES,**
**a/k/a DOMINIC JERMAINE HENDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28,

2

United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**a Baretta CX4, 9mm rifle, serial number CX07765, and
a Tec-Dc9, 9mm pistol, serial number D02301,**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

3