# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

QUINTIN LEMUEL ROLLINS
2931 BALDWIN BROOK DRIVE
MONTGOMERY, AL

**WARRANT FOR ARREST**

Case Number:   2:06CR168-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __QUINTIN LEMUEL ROLLINS__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF FIREARM

in violation of Title _____18_____ United States Code, Section(s) _____922(g)(1)_____

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK    July 13, 2006
                                               DATE

__MONTGOMERY, ALABAMA__
Date and Location

Bail fixed at $   __to be set at initial appearance__     BY   __U.S. MAGISTRATE JUDGE__
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |