IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        CR. NO.  2:06cr168-WKW
                                    )
QUINTIN LEMUEL ROLLINS              )


MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE

JUDGE:

        Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and represents and shows unto the Court that there is pending in the United States

District Court for the Middle District of Alabama an Indictment against Quintin Lemuel Rollins, now

in custody of Fountain Correctional Facility, Atmore, Alabama, and that said cause is set for

arraignment at Montgomery, Alabama, in this Honorable Court on August 30, 2006, at 10:00 a.m.

        WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this

Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden,

Fountain Correctional Facility, Atmore, Alabama, commanding him to deliver said prisoner to any

United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to

bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 30,

2006, at 10:00 a.m.

        Respectfully submitted this the 20th day of July, 2006.

                                        Respectfully submitted,

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY


                                        /s/Tommie Brown Hardwick
                                        TOMMIE BROWN HARDWICK
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: tommie.hardwick@usdoj.gov