IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  2:06cr168-WKW |
| ) | |
| QUINTIN LEMUEL ROLLINS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed July 20, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Fountain Correctional Facility, Atmore, Alabama, commanding it to deliver Quintin Lemuel Rollins to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 30, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE