IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-168-WKW |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |

**ORDER ON MOTION**

Upon consideration of the *Motion for Writ of Habeas Corpus Ad Prosequendum*, filed July 20, 2006 (Doc. 12), and for good cause shown, it is

**ORDERED** that the motion is **GRANTED.** The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Fountain Correctional Facility, Atmore, Alabama, commanding it to deliver Quintin Lemuel Rollins to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 30, 2006 at 10:00 a.m. and to return the prisoner to said official when the court shall have finished with him.

Done this 21st day of July, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE