COURTROOM DEPUTY MINUTES                DATE: **AUGUST 30, 2006**
MIDDLE DISTRICT OF ALABAMA
                                        DIGITAL RECORDING:  11:54 - 11:59

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>2:06-CR-168-WHA-DRB</u> | DEFT. NAME: <u>QUINTIN LEMUEL ROLLINS</u> |
| USA: <u>A. CLARK MORRIS</u> | ATTY: <u>JOHN POTI</u> |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: _____ | |
| Defendant ____ does ✓ does NOT need an interpreter; NAME: _____ | |

- ☐ Kars.   Date of Arrest _____   or   ☐ Rule 5 Arrest
- ✓ Kia.    Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- ☐ Finaff. Financial Affidavit executed   ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ✓ 20appt.   Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel.  Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG**  ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)  Bond **NOT** executed.  Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. Identity/Removal Hearing  ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐         Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
- ✓ Karr.   ARRAIGNMENT SET FOR: _____   ✓ **HELD**.  Plea of **NOT GUILTY** entered.
            ✓ **Trial Term** <u>10/16/06</u>;  ☐ **PRETRIAL CONFERENCE DATE:** _____
            ✓ **DISCOVERY DISCLOSURES DATE:** <u>8/30/06</u>
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**