# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☑ **Northern**   ☐ **Southern**   ☐ **Eastern**

| | |
|---|---|
| **HON.** Delores R. Boyd | **AT** Montgomery , **Alabama** |
| **DATE COMMENCED** 9-25-2006 | @ 11:08 ☑ a.m. ☐ p.m |
| **DATE COMPLETED** 9-25-2006 | @ 11:09 ☑ a.m. ☐ p.m |

**CASE NO.** 2:06CR168-WKW

UNITED STATES OF AMERICA          **VS.**          QUINTIN LEMUEL ROLLINS
**Plaintiff(s)**                                          **Defendant(s)**

## APPEARANCES

**Attorney/Government**                              **Defendant(s)**

Tommie Hardwick                                  John Poti

## COURT OFFICIALS PRESENT:

**Ctrm Clerk:** S. Q. Long, Jr.               **Crt Rptr:**

**Law Clerk:**                                       **Interpreter :**

**USPO/USPTS:**                                     **Other:**

## PROCEEDINGS:

☐ **Motion Hearing :**
☐ **Status Conference**       ☐ **Oral Argument**        ☐ **Evidentiary Hrg.**
☐ **Revocation**               ☐ **Scheduling Conf.**      ☐ **Show Cause**
☐ **Settlement Conference**   ☐ **Telephone Conf.**       ☐ **Sentencing**
☐ **Non-Jury Trial**           ☐ **Revocation/Prtrl/SupvRel/Prob**
☐ **Other**

### Pretrial Conference

Pending Motions: None

Discovery Status Complete        Plea Status Plea

Trial Status/Length 1 Day        Trial Term: