IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )    CASE NO. 2:06-CR-168-WKW
                                   )
QUINTIN LEMUEL ROLLINS             )

## AMENDMENT TO PRETRIAL CONFERENCE ORDER

Due to a heavy court schedule and the federal holiday on October 9, 2006, it is hereby

ORDERED that the Pretrial Conference Order (Doc. #23) is amended to the extent that the

deadline for filing proposed voir dire questions, all motions in limine and proposed jury instructions

is **rescheduled** from October 10, 2006 to **Friday, October 6, 2006, by 5:00 p.m.**

Done this the 2nd day of October, 2006.


_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE