IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:06cr168-WKW** |
| ) | |
| **QUINTIN LEMUEL ROLLINS** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, by and through counsel and gives his notice of his intent to change his plea to one of guilty and requests that a hearing be set for that purpose.

Respectfully submitted this <u>4th</u> day of <u>  October  </u>, 2006.

 s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Quintin Lemuel Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Tommie Hardwick</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>   none  </u>.

    <u>s/John M. Poti</u>
**JOHN M. POTI  (POT013)**
Attorney for Quintin Lemuel Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com