IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr168-WKW |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |

### MOTION TO CONTINUE CHANGE OF PLEA HEARING

COMES NOW undersigned counsel and requests the court continue the change of plea hearing presently scheduled for October 6, 2006, at 10:30am. In support of said request counsel would state:

1. The defendant, through counsel, filed a Notice of Intent to Change Plea on October 4, 2006. (DOC #26) in the present matter.

2. The Court scheduled the change of plea hearing for October 6, 2006, at 10:30am before Magistrate Judge Boyd (DOC # 27).

3. Counsel has a previously scheduled matter on October 6, 2006, in Huntsville, Alabama, and will be out of town the entire day. Counsel also has a previously scheduled matter in the Probate Court of Autauga County on Tuesday, October 10, 2006, at 10:00am. Said probate matter should last no more than one hour.

WHEREFORE, Counsel respectfully requests the Court continue the change of plea hearing to an alternate date and time.

Respectfully submitted this 5th day of   October   , 2006.

 s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Quintin Lemuel Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Tommie Hardwick</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>     none     </u>.

      <u>  s/John M. Poti                          </u>
**JOHN M. POTI  (POT013)**
Attorney for Quintin Lemuel Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com