IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr168-WKW |
| ) | |
| QUINTIN LEMUEL ROLLINS ) | |

### REQUEST FOR QUESTIONS TO PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION

COMES NOW Quintin Lemuel Rollins, the Defendant herein, by and through his undersigned counsel, and respectfully requests this Honorable Court to ask the following questions of the prospective jurors on *voir dire* examination and obtain information sought by such questions. The Court is requested to pursue more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate. This request is made in order that the Defendant and his attorney may consider the information obtained when making challenges for cause and peremptory strikes in the selection of the jury to serve in this case.

1. Have you ever served on a jury in a case involving drugs, robbery, guns, or sodomy charges? If so:
    a. When?
    b. Where?
    c. What was the verdict?

2. Have you, any family members, or friends known anyone who has used or has been addicted to drugs? If so, please state:
    a. Who
    b. What is their relationship to you? U.S. v. Dennis, 786 F.2d 1029 (11th Cir. 1986).

3. Do you have any opinions or have you had any experiences with regards to illegal drugs that would make it difficult for you to be an impartial juror in a case of this type? U.S. v. Casey, 835 F.2d 148 (7th Cir. 1987).

4. Are there any of you that feel you have such strong views about the gun laws that your opinions may influence your ability to be a fair and impartial juror in a gun case?

5. Are there any of you that feel so strongly about the gun laws that you do not feel that you could base your verdict solely on the evidence?

6. Do any of you belong to support groups such as MADD, AA, ALANON, NA, or NARANON?

7. Do any immediate family members (brothers, sisters, parents, spouses, children) belong to support groups such as MADD, AA, ALANON, NA, or NARANON?

8. How many of you have ever heard of a person being accused of a crime or punished for a crime when he/she was innocent?

9. Have you ever been accused of something you did not do?

10. Do any of you believe that a Defendant must tell his or her side of the story to the jury?

11. The defendant has already plead not guilty to the charges. How many of you feel you need to hear his side of the story before you make a decision?

12. Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a police officer, federal agent or prosecution witness merely because they are employees of, or are testifying on behalf of, the government?

13. Would you give their testimony greater weight or credibility over that of the defendants or witnesses on the defendant's behalf?

14. Have you ever been the victim of a crime involving illegal drugs, robbery, or sodomy? If so, please state:
    a. When?
    b. Where?
    c. Would those events make it difficult for you to be fair and impartial as a judge of the facts in this case?

15. Have you, any member of your immediate family or any friend ever been charged with, or convicted of a felony? If so, please tell us about the experience. How would that affect your judgment in this case?

16. Do you believe law enforcement officers are more honest and trustworthy simply because they are law enforcement officers?

17. Is there anything about the nature of gun charges that would make it difficult for you to be fair and impartial as a judge of the facts in this case?

18. Do you believe that a person can own guns for legitimate purposes?

19. Do you have any opinions or have you had any experiences with regards to guns that would make it difficult for you to be an impartial juror in a case of this type?

20. Do any of you belong to any anti-gun organizations? <u>U.S. v. Price</u>, 888 F.2d 12106, 1212 (7th Cir. 1989).

21. Would any of you support the banning of firearms?

22. Have you ever been the victim of a crime involving firearms? If so:
      a. When?
      b. Where?
      c. What was the verdict?

Would these events make it difficult for you to be fair and impartial as a judge of the facts in this case?

23. Have you, any member of your immediate family or any friend owned or possessed, or known anyone who owned or possessed firearms?

    Respectfully submitted this 5th day of October, 2006.

                                            s/John M. Poti
                                            JOHN M. POTI (POT013)
                                            Attorney for Quintin L. Rollins
                                            696 N. Silver Hills Drive, Suite 102
                                            Prattville, Alabama 36066-6184
                                            TEL:  (334) 361-3535
                                            FAX: 1-866-780-9012
                                            E-mail: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Tommie Hardwick</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   <u>none</u>                .

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Quintin L. Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com
