IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-00168-WKW |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |

**ORDER ON MOTION**

Upon the Defendant's *Motion to Continue Change of Plea Hearing* (Doc. 28, filed October 5, 2006), it is

**ORDERED** that the motion is GRANTED. Accordingly, the scheduled proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure are continued from October 6, 2006, at 10:30 a.m., to **October 12, 2006 at 2:30 p.m. in District Courtroom 4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 6th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE