IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr168-WKW |
| ) | |
| QUINTIN LEMUEL ROLLINS ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, QUINTIN LEMUEL ROLLINS, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 USC § 3161, et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_10-11-06_
Date

_[signature]_
Defendant

_Oct 11, 2006_
Date

_[signature]_
Attorney for Defendant