IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr168-WKW |
| ) | |
| QUINTIN LEMUEL ROLLINS ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW undersigned counsel and requests the court continue the trial of this matter presently scheduled for October 16, 2006. In support of said request counsel would state:

1. The Defendants' initial appearance before the Court on this matter was on August 30, 2006. At that time the trial was scheduled for the October 16, 2006 trial term. The scheduled trial date is within the 70 day time limit pursuant to 18 USC § 3161, et. seq.

2. Defendant entered into plea negotiations with the government. A plea agreement was negotiated and the Defendant notified the Court, through counsel, of his intent to change his plea. (Doc #26). A change of plea hearing was scheduled for October 12, 2006, at 2:30pm before Magistrate Judge Boyd. (Doc # 33).

3. Approximately one hour before the scheduled change of plea hearing, the Defendant notified Counsel that, after thoughtful consideration, he has decided not to change his plea to guilty and wished to proceed to trial. At that time the Defendant also informed counsel of new information that, if true, would be significant to his defense. Counsel does not have adequate time to investigate this information before the scheduled trial date.

4. At the change of plea hearing, the Defendant informed the Court of his decision and also requested the Court continue the trial so that he would have adequate time

to prepare, consult, and coordinate his defense with counsel. The Defendant signed a Speedy Trial Waiver that was filed contemporaneously with this motion. (Doc #34).

5. The request by the Defendant to continue the trial of this matter is not an intentional delay or designed to undermine the trial process. Indeed, as previously mentioned, this matter was initially scheduled within the time limits as prescribed by law, and this is the Defendant's first motion to continue.

5. Neither the government nor the Defendant would be prejudiced by a delay.

WHEREFORE, PREMISES CONSIDERED, Quintin L. Rollins respectfully requests the Court continue this matter, presently set for trial on October 16, 2006, to the Court's January 8, 2007, trial term.

Respectfully submitted this <u>12th</u> day of <u>October</u>, 2006.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Quintin L. Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Tommie Hardwick</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   <u>none</u>   .

    <u>s/John M. Poti</u>
**JOHN M. POTI  (POT013)**
Attorney for Quintin Lemuel Rollins
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com