IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00168-WKW |
| | ) | |
| QUINTIN LEMEUL ROLLINS | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's motion in limine (Doc. # 47), it is ORDERED that the government shall respond **no later than 5:00 p.m. on January 5, 2007.**

DONE this 3rd day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE