IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-168-WKW-WC |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # ) filed January 5, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service release custody of QUINTIN LEMUEL ROLLINS, to Special Agents Joe Herman and/or Neill Thompson, High Intensity Drug Trafficking Area, on January 5, 2007, through May 30, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is also ORDERED that Agents Joe Herman and/or Neill Thompson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE