| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 1/5/07 | DIGITAL RECORDING: 9:08-9:22 | |

MIDDLE DISTRICT OF ALABAMA            COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT         x CHANGE OF PLEA         ❏ CONSENT PLEA

❏ RULE 44(c) HEARING         ❏ SENTENCING

---

PRESIDING MAG. JUDGE: *WALLACE CAPEL, JR.*        DEPUTY CLERK: *WANDA ROBINSON*

CASE NUMBER: *2:06cr168-WKW*        DEFENDANT NAME: *Quintin Lemuel Rollins*

AUSA: *Tommie Brown Hardwick*        DEFENDANT ATTY: *John M. Poti*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( x ) Panel CJA;   ( ) CDO

USPO: _____

Defendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

   X ❏ Count(s) ___1___ of the Felony Indictment.

   ❏ Count(s) _____  ❏ dismissed on oral motion of USA;

                           ❏ to be dismissed at sentencing

**X —    ORAL ORDER ADJUDICATING GUILT as to COUNT   1**

— Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.**

X-    No Plea Agreement entered

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

   ❏ Trial on _____; ❏ Sentencing  ❏ to be set by Separate Order

X—   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or   X- Sentencing set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.