IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:06cr168-WKW-WC |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |
| | ) | |

**<u>GOVERNMENT'S REQUEST TO VACATE ORDER AS MOOT</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and request that the court vacate its Order issued on the 3rd day of January, 2007, (Doc. 48).  The Court ordered the government to respond, no later than 5:00 p.m. on January 5, 2007, to defendant's motion in limine (Doc. 47), which the United States submits is now moot since Defendant Quintin Lemuel Rollins entered a guilty plea on this date before United States Magistrate Judge Wallace Capel, Jr.

Respectfully submitted on this 5th day of January, 2007.

                                                     LEURA G. CANARY
                                                   UNITED STATES ATTORNEY

                                                   /s/ Tommie Brown Hardwick
                                                 TOMMIE BROWN HARDWICK
                                                 Assistant United States Attorney
                                                 One Court Square, Suite 201
                                                 Montgomery, AL 36104
                                                 Phone: (334) 223-7280
                                                 Fax: (334) 223-7135
                                                 E-mail: <u>tommie.hardwick@usdoj.gov</u>
                                                 ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:06cr168-WKW-WC |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov