IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:06cr168-WKW-WC |
| | ) | |
| QUINTIN LEMUEL ROLLINS | ) | |

## **ORDER**

Upon consideration of the government's motion to vacate (Doc.), it is ORDERED that this Court's Order issued on the 3rd day of January, 2007, is hereby vacated as moot.

DONE this 5th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE