IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00168-WKW |
| | ) | |
| QUINTIN LEMEUL ROLLINS | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Request to Vacate Order as Moot, it is ORDERED that, to the extent the government seeks to not file a response to the motion in limine, the motion (Doc. # 54) is GRANTED.

DONE this 11th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE