```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
          v.                  )   CR. NO. 2:06cr168-WKW
                              )
QUINTIN LEMEUL ROLLINS and    )
WALTER ARMADRASHAD YATES a/k/a)
DOMINIC JERMAINE HENDERSON    )
```

### UNITED STATES OF AMERICA'S MOTION
### FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Respectfully submitted this 11th day of January, 2007.

                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY


                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2007, I electronically filed the foregoing Motion and Proposed Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Hardwick, John Poti** and **Donnie Bethel**.

    Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney