IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-00168-WKW |
| ) | |
| QUINTIN LEMEUL ROLLINS ) | |
| ) | |

## **ORDER**

In light of the defendant's plea of guilty, it is ORDERED that the motion in limine (Doc. # 47) is DENIED as MOOT.

DONE this 29th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE