IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-168-WKW |
| ) | |
| QUINTIN LEMUEL ROLLINS and ) | |
| WALTER ARMADRASHAD YATES a/k/a/ ) | |
| DOMINIC JERMAINE HENDERSON ) | |

O R D E R

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. # 71), it is ORDERED that the motion is GRANTED.

DONE this 25th day of May, 2007.

                                                  /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE